Certificate Number: 02114-VAE-CC-006191676

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 02/17/09, at 08:28 o'clock PM EST, DONNA F SAMMONS received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the EASTERN DISTRICT OF VIRGINIA, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted   by Internet .

| | | |
|---|---|---|
| Date: 02-19-2009 | By | /s/MEEKAAILA ADAMS |
| | Name | MEEKAAILA ADAMS |
| | Title | Counselor |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

1