# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

**Case
Name:**      **Donna Faye Sammons**

**Case Number:   09–31375–DOT**                    **Date Filed:   March 4, 2009**

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm . In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures** .

Parties with legal representation **must** file documents in accordance with the following:

1.   The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is ***www.vaeb.uscourts.gov*** and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2.   You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3.   You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4.   You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5.   You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  March 5, 2009                    William C. Redden
VAN–062 [ver. 3/2008]                    Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: jonesd              Page 1 of 1           Date Rcvd: Mar 05, 2009
Case: 09-31375              Form ID: VAN062           Total Served: 28
```

The following entities were served by first class mail on Mar 07, 2009.
```
db          +Donna Faye Sammons,    7919 Halyard Terrace,    Chesterfield, VA 23832-2599
8768816     +Applied Card Bank,    P.O. Box 17121,    Wilmington, DE 19850-7121
8768817     +Aspire,    c/o CB&T,   P.O. Box 105555,    Atlanta, GA 30348-5555
8768818     +Capitol One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
8768819     +Chase,    c/o Wawa 800 Brooksedge Blvd,    Columbus, OH 43081-2822
8768820     +Citgo,    c/o Citibank P.O. Box 6497,    Sioux Falls, SD 57117-6497
8768821     +Citi Mortage,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
8768822     +Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
8768824     +DSRM National Bank,    c/o valero P.O. Box 631,    Amarillo, TX 79105-0631
8768823     +Direct Merchants Bank,    P.O. Box 29468,    Phoenix, AZ 85038-9468
8768825     +First premier,    900 Delaware Suite 7,    Sioux Falls, SD 57104-0337
8768827     +Goodyear Tire,    P.O. Box 9714,    Gray, TN 37615-9714
8768828     +Household Bank,    12447 SW 69th Ave,    Tigard, OR 97223-8517
8768830     +Household Credit Services,    P.O. Box 98706,    Las Vegas, NV 89193
8768814    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,    Insolvency Units,   P.O. Box 21126,
             Philadelphia, PA 19114-0000)
8768831     +JC Whitney,    P.O. Box 105658,    Atlanta, GA 30348-5658
8768832     +Litton Loan Serving,    4828 Loop Central Dr.,    Houston, TX 77081-2166
8768833     +MCCB6,    c/o Old Navy Branch CllA P.O.,    Box 29116,    Shawnee Mission, KS 66201-1416
8768835      Merrick Bank,    c/o Hooters 107055 Jordan Gtwy,    Suite 20,    South Jordan, UT 84095-0000
8768834     +Merrick Bank,    10705 S. Jordan Gateway,    Suite 20,    South Jordan, UT 84095-3926
8768815     +Office of the U. S. Trustee,    701 East Broad Street,    Room 4305,    Richmond, VA 23219-1833
8768812     +Richard S. Clinger,    Richard S. Clinger VSB #19632,    422 East Franklin Street, Suite 101,
             Richmond, VA 23219-2226
8768836     +Sterling Inc.,    375 Ghent Rd.,    Fairlawn, OH 44333-4600
8768837     +Sunoco,    c/o Citibank P.O. Box 6497,    Sioux Falls, SD 57117-6497
8768838     +Target Credit Card Services,    P.O. Box 673,    Minneapolis, MN 55440-0673
8768839     +Tribute,    c/o FBOFD P.O. Box 105555,    Atlanta, GA 30348-5555
8769873     +US Attorney's Office,    Main Street Center 18th Floor,    600 E. Main Street,
             Richmond, VA 23219-2416
```

The following entities were served by electronic transmission on Mar 06, 2009.
```
8768826     +E-mail/PDF: gecsedi@recoverycorp.com Mar 06 2009 09:34:09    GEMB,
             c/o Wal-mart P.O. Box 981416,    El Paso, TX 79998-1416
                                                                              TOTAL: 1
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8768813*    +Donna Faye Sammons,    7919 Halyard Terrace,    Chesterfield, VA 23832-2599
8768829*    +Household Bank,    12447 SW 69th Ave.,    Tigard, OR 97223-8517
                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2009**                    **Signature:** *Joseph Speetjens*