**Certificate Number: 02114-VAE-DE-006412483**
**Bankruptcy Case Number: 0931375**

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 03/12/09, at 10:42 o'clock PM EST, Donna Sammons completed a course on personal financial management given by <u>Internet</u> by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District Of Virginia.

**Title:   Bankruptcy Program Director**              **Date:  03.12.09**
**By:** /**s/Doug Erickson**

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email: info@ccsinc.org
Website: www.ccsbankruptcy.org
Tax ID: 58-0942924

1