

IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In RE: In Proceedings
09-31375

Debtor(s).
Donna Faye Sammons

WITHDRAWAL OF CLAIM

Please withdraw claim 3 filed 3-18-09.  This claim was filed in error

   Signature of Creditor

   /s/ Joyce Montjoy

   Creditors Name & Address:
Merrick Bank
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603

Dated: March 18, 2009