**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

For:  ☐  **Debtor**

☐  **Attorney**

☒  **Creditor**

*If joint case, please check the appropriate box as set out below:*

New address is for:    ___  Husband **and** Wife
                       ___  Husband **Only**
                       _X_  Wife **Only**

*[If applicable]* **Case Name:**    Donna Faye Sammons

*[If applicable]* **Case Number:**    09-31375
*[If applicable]* **Creditor Name:**    First premier

**New Address: P.O. Box 5147**
            No. and Street, Apt., P.O. Box or R.D. No.

City: **Sioux Falls** State: **SD** ZIP: **57117-5147**

**Old Address:**    900 Delaware Suite 7
            No. and Street, Apt., P.O. Box or R.D. No.

City: **Sioux Falls**    State: **SD**    ZIP: **57104**

**Telephone Number: ( 804   ) _____**
        *Please include area code*

**/s/ Richard S. Clinger 19632**
☒  **Attorney for Debtor**
☐  **Debtor**

*[If joint case and address if husband and wife, both debtors must sign.]*

☐  **Creditor**
☐  **Attorney**

**Date:**   **March 25, 2009**

**cc:**    **Trustee**
    **United States Trustee**
    **Creditor (for creditor's change of address)**

H:\0Legal\01clientsbankruptcy\sammons donna faye\ADDRCRED First Premier.wpd