**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

For:  ☐  **Debtor**

☐  **Attorney**

☒  **Creditor**

*If joint case, please check the appropriate box as set out below:*

New address is for:  __X__  Husband **and** Wife
__ __  Husband **Only**
__ __  Wife **Only**

[*If applicable*] Case Name:  __Donna Faye Sammons__

[*If applicable*] Case Number:  __09-31375__
[*If applicable*] Creditor Name:  __Direct Merchants Bank__

New Address: **P.O. Box 17313**
No. and Street, Apt., P.O. Box or R.D. No.

City: **Baltimore**  State: **MD**  ZIP: **21297**

Old Address:  **P.O. Box 29468**
No. and Street, Apt., P.O. Box or R.D. No.

City: **Phoenix**     State: **AZ**    ZIP: **85038**

Telephone Number: ( **804** ) _____
*Please include area code*

**/s/ Richard S. Clinger 19632**
☒  **Attorney for Debtor**
☐  **Debtor**

[*If joint case and address if husband and wife, both debtors must sign.*]

☐  **Creditor**
☐  **Attorney**

Date:  **March 25, 2009**

cc:  **Trustee**
**United States Trustee**
**Creditor (for creditor's change of address)**

U:\0Legal\01clientsbankruptcy\sammons donna faye\ADDRCRED Direct Merchants.wpd