UNITED STATES BANKRUPTCY COURT
EASTERN DISTRIBUTION DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

For:  ☐ **Debtor**

☐ **Attorney**

☒ **Creditor**

*If joint case, please check the appropriate box as set out below:*

New address is for:    **X**   Husband **and** Wife
                                       Husband **Only**
                                       Wife **Only**

[*If applicable*] Case Name:   Donna Faye Sammons

[*If applicable*] Case Number:   09-31375
[*If applicable*] Creditor Name:   MCCB6 c/o Old Navy

New Address: **P.O. Box 530942**
           No. and Street, Apt., P.O. Box or R.D. No.

City: Atlanta   State: GA   ZIP: 30353

Old Address:   c/o Old Navy Branch C11A P.O. Box 29116
           No. and Street, Apt., P.O. Box or R.D. No.

City: Shawnee Mission   State: KS   ZIP: 66201

Telephone Number: ( 804   )
           *Please include area code*

**/s/ Richard S. Clinger 19632**

☒  **Attorney for Debtor**

☐  **Debtor**

[*If joint case and address if husband and wife, both debtors must sign.*]

☐  **Creditor**
☐  **Attorney**

Date:   March 25, 2009

cc:   Trustee
    United States Trustee
    Creditor (for creditor's change of address)

**U:\0Legal\01clientsbankruptcy\sammons donna faye\ADDRCRED Old Navy.wpd**