Form 210A (10/06)                    **United States Bankruptcy Court**

                              EASTERN DISTRICT OF VA

In Re: SAMMONS; DONNA F                         Case No. 0931375

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC              TARGET NATIONAL BANK
-------------------------------------------     -------------------------------------------
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 6
should be sent:                                 Amount of Claim: $1,057.65
POB 41067                                       Date Claim Filed: 04/07/2009
NORFOLK, VA 23541

Phone: (877)829-8298                            Phone: (612) 307-5996
Last Four Digits of Acct # : 0521               Last Four Digits of Acct #:

Name and Address where transferee payments      Seller Information
Should be sent (if different from above)        TARGET NATIONAL BANK
PO Box 12914                                    3701 Wayzata Blvd
NORFOLK, VA 23541                               Minneapolis MN 55416

Phone: (877)829-8298
Last Four Digits of Acct # : 0521

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia                          Date: 6/22/2009
    -------------------------------------------
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571