Form 210A (10/06)                   **United States Bankruptcy Court**

                                       EASTERN DISTRICT OF VA

In Re: SAMMONS; DONNA FAYE                          Case No. 0931375

                       **TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.


PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                  HSBC BANK NEVADA, N.A.
-----------------------------------------           ------------------------------------------
Name of Transferee                                  Name of Transferor


Name and Address where notices to transferee        Court Claim # (if known): 13
should be sent:                                     Amount of Claim: $987.97
POB 41067                                           Date Claim Filed: 05/08/2009
NORFOLK, VA 23541


Phone: (877)829-8298                                Phone:
Last Four Digits of Acct # :  5631                  Last Four Digits of Acct #:

Name and Address where transferee payments          Seller Information
Should be sent (if different from above)            HSBC BANK NEVADA, N.A.
PO Box 12914                                        POB 17906
NORFOLK, VA 23541                                   San Diego CA 92177

Phone: (877)829-8298
Last Four Digits of Acct # : 5631



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.


By: /s/ Dolores Garcia                              Date: 7/10/2009
    -----------------------------------------
       Transferee/Transferee's Agent


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571