Form 210A (10/06)            **United States Bankruptcy Court**

EASTERN DISTRICT OF VA

In Re: SAMMONS; DONNA F        Case No. 0931375

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC        HSBC BANK NEVADA, N.A.
------------------------------------------        ------------------------------------------
Name of Transferee        Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 15
should be sent:        Amount of Claim: $1,931.19
POB 41067        Date Claim Filed: 05/08/2009
NORFOLK, VA 23541

Phone: (877)829-8298        Phone:
Last Four Digits of Acct # : 7712        Last Four Digits of Acct #:

Name and Address where transferee payments        Seller Information
Should be sent (if different from above)        HSBC BANK NEVADA, N.A.
PO Box 12914        POB 17906
NORFOLK, VA 23541        San Diego CA 92177

Phone: (877)829-8298
Last Four Digits of Acct # : 7712

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia        Date: 7/9/2009
------------------------------------------
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571