```
             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       Richmond Division
```

In Re:

Donna Faye Sammons,
                                        CHAPTER 13
       Debtor.
                                     CASE NO.: 09-31375

       Plaintiff.

vs.                                       CMN:

Donna Faye Sammons,

and

Carl M. Bates, Trustee,

       Defendants.

### ANSWER TO MOTION FOR RELIEF FROM STAY

1. Debtor admits to be in arrears as alleged in the Motion For Relief From Stay but believes given reasonable time debtor can bring the arrears current.

WHEREFORE, Debtor respectfully moves the Court to enter an Order allowing debtor reasonable time to cure the arrears.

Richard S. Clinger 19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
(804) 788-1655
Counsel for Debtor(s)

      Donna Faye Sammons,

   By /s/Richard S. Clinger
             Counsel

## CERTIFICATE

I hereby certify that a true copy of the foregoing Motion was mailed postage prepaid on August 11, 2010, to Eric David White, Esquire; Samuel I White, P.C.; 1804 Staples Mill Road, Suite 200; Richmond, VA 23230.

        /s/Richard S. Clinger
        Richard S. Clinger