**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**In re: Donna Faye Sammons**

**Debtor(s)**                                                       **Case No.** 09-31375
                                                                    **Chapter 13**

**NOTICE OF APPLICATION BY RICHARD S. CLINGER, ESQUIRE
FOR SUPPLEMENTAL COMPENSATION**

Richard S. Clinger ("Clinger), counsel for the above named Debtor(s), has filed a Supplemental Application for Allowance of Compensation pursuant to 11 U.S.C. § 330(a) and § 503(b)(2), Federal Rules of Bankruptcy Procedure 2016, and Standing Order No. 08-1.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one.**

**Pursuant to Local Bankruptcy Rules 9013-1(H)(3)(a), notice is hereby given that, unless a written response is filed with the Clerk of Court and served on the moving parties within twenty one (21) days of this notice, objecting to the relief requested, the Court may deem any opposition waived, treat the Application as conceded and issue an order granting the requested relief.**

**PURSUANT TO LOCAL RULE 9013-1(H)(3)(a), NOTICE IS HEREBY GIVEN THAT ANY OBJECTION TO THIS APPLICATION SHALL BE MADE WITHIN TWENTY ONE(21) DAYS HEREOF.**

If you want to be heard on this matter, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

                                            Clerk Of Court
                                            United States Bankruptcy Court
                                            701 E. Broad Street, Room 4000
                                            Richmond, VA 23219-3515

Richard S. Clinger 19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
(804) 788-1655
Counsel for Debtor(s)

    2.   You must also mail a copy to

                Richard S. Clinger
                422 E. Franklin St., STE 101
                Richmond, VA 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an Order granting that relief.

                Respectfully submitted

                By <u>/s/Richard S. Clinger</u>
                   Richard S. Clinger 19632
                   422 East Franklin Street, Suite 101
Richmond, VA 23219
                   (804) 788-1655
                   Counsel for Debtor(s)

### **CERTIFICATE OF SERVICE**

I certify that on October 5, 2010 I have transmitted a true copy of the foregoing notice electronically through the Court's CM/ECF system or by mail to the Debtor(s), the Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest as set forth on the attached list of names and addresses.

                <u>/s/Richard S. Clinger</u>
                Richard S. Clinger

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re: Donna Faye Sammons

**Debtor(s)**                                   **Case No.** 09-31375
                                                **Chapter 13**

**APPLICATION BY RICHARD S. CLINGER, ESQ
FOR SUPPLEMENTAL COMPENSATION**

   **COMES NOW,** Richard S. Clinger ("Clinger), counsel for Debtor(s), and pursuant to 11 U.S.C. § 330(a) and § 503(b)(2), Federal Rules of Bankruptcy Procedure 2016, and Standing Order No. 08-1, respectfully applies to this Honorable Court for approval and payment of supplemental compensation in the amount of $250.00.

1. Fees in the amount of $3000.00 have previously been paid by the Debtor(s) or approved for payment through the plan.

2. Pursuant to Exhibit 1, Paragraph 2.d., of Standing Order 08-1, Clinger hereby applies for the supplemental fee stated below and allowed under the exception to the requirement for contemporaneous time records. A summary of the services for which supplemental compensation is requested is as follows:

| **Description of Services Rendered** | **Date Item Filed** | **Fee Requested** |
|---|---|---|
| Defense of Motion for relief from stay | 7/29/2009 | $250.00 |

3. Without waiving the right to request, at some point in the future, approval of expenses incurred in the preparation and noticing of this fee application, charges are not included herein for preparation and noticing of the fee application.

Richard S. Clinger 19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
(804) 788-1655
Counsel for Debtor(s)

4.  The requested fees can be paid without reducing the dividend on unsecured claims. If applicable, the debtor does not consent to an increase of the plan term to **n/a** months AND an increase in the plan payment to **$ n/a**, to allow for payment of the compensation without reducing the dividend.

WHEREFORE, Clinger respectfully requests this Honorable Court to approve supplemental fees in the amount of $250.00 as follows:

b.  Award supplemental fees in the amount of $250.00
c.  Order total amount of fees to be paid through the Chapter 13 Plan as an administrative expense claim pursuant to 11 U.S.C. § 503.

Richard S. Clinger 19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
(804) 788-1655
Counsel for Debtor(s)

By: /s/Richard S. Clinger
Richard S. Clinger

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2010 I have transmitted a true copy of the foregoing notice electronically through the Court's CM/ECF system or by mail to the Debtor(s), the Chapter 13 Trustee, Carl M. Bates, Trustee , the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest as set forth on the attached list of names and addresses.

/s/Richard S. Clinger
Richard S. Clinger

Richard S. Clinger
Richard S. Clinger VSB #19632
422 East Franklin Street, Suite 101
Richmond, VA 23219

Donna Faye Sammons
7919 Halyard Terrace
Chesterfield, VA 23832

Internal Revenue Service
Insolvency Units
P.O. Box 21126
Philadelphia, PA 19114

Office of the U. S. Trustee
701 East Broad Street,  Room 4305
Richmond, VA 23219-1885

Applied Card Bank
P.O. Box 17121
Wilmington, DE 19850

Aspire
c/o CB&T
 P.O. Box 105555
Atlanta, GA 30348

Capitol One Bank
P.O. Box 30281
Salt Lake City, UT 84130

Chase
c/o Wawa 800 Brooksedge Blvd
Columbus, OH 43081

Citgo
c/o Citibank P.O. Box 6497
Sioux Falls, SD 57117

Citi Mortage
P.O. Box 9438
Gaithersburg, MD 20898

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

Direct Merchants Bank
P.O. Box 29468
Phoenix, AZ 85038

DSRM National Bank
c/o valero P.O. Box 631
Amarillo, TX 79105

First premier
900 Delaware Suite 7
Sioux Falls, SD 57104

GEMB
c/o Wal-mart P.O. Box 981416
El Paso, TX 79998

Goodyear Tire
P.O. Box 9714
Gray, TN 37615

Household Bank
12447 SW 69th Ave
Tigard, OR 97223

Household Bank
12447 SW 69th Ave.
Tigard, OR 97223

Household Credit Services
P.O. Box 98706
Las Vegas, NV 89193

JC Whitney
P.O. Box 105658
Atlanta, GA 30348

Litton Loan Serving
4828 Loop Central Dr.
Houston, TX 77081

MCCB6
c/o Old Navy Branch C11A P.O. Box 29116
Shawnee Mission, KS 66201

Merrick Bank
10705 S. Jordan Gateway
Suite 20
South Jordan, UT 84095

Merrick Bank
c/o Hooters 107055 Jordan Gtwy
Suite 20
South Jordan, UT 84095

Sterling Inc.
375 Ghent Rd.
Fairlawn, OH 44333

Sunoco
c/o Citibank P.O. Box 6497
Sioux Falls, SD 57117

Target Credit Card Services
P.O. Box 673
Minneapolis, MN 55440

Tribute
c/o FBOFD P.O. Box 105555
Atlanta, GA 30348