IN THE UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Donna Faye Sammons

Debtor(s)                                         Case No. 09-31375

                                                  Chapter 13

ORDER GRANTING APPLICATION FOR SUPPLEMENTAL COMPENSATION

Upon the filing of an Application for Supplemental Compensation (the "Application") byRichard S. Clinger, Esquire ("Clinger"), counsel for the Debtor(s), and it appearing to the Court proper to do so, it is hereby

ORDERED that the Application is approved and the relief requested therein is granted; it is further

ORDERED that supplemental fees in the amount of $250.00 for work performed in defense of motion for relief from stay are hereby APPROVED; and it is therefore

ORDERED that Carl M. Bates, Trustee, the Chapter 13 Trustee, is to pay supplemental fees in a total amount of $250.00 to Clinger as an administrative expense pursuant to 11 U.S.C. § 503; and it is further

ORDERED that the plan term is to be increased to n/a months AND an increase in the plan payment to $n/a, to allow for payment of the compensation without reducing the dividend payable to unsecured creditors pursuant to the Plan.

Date:          UNITED STATES BANKRUPTCY COURT


By_____
                Judge

Entered on Docket: _____

I ask for this:


/s/Richard S. Clinger 19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
(804) 788-1655
Counsel for Debtor(s)

Seen and Agreed:


/s/Carl M. Bates, Trustee
Carl M. Bates, Trustee
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218


No Response

/s/ Donna Faye Sammons
Donna Faye Sammons
7919 Halyard Terrace
Chesterfield, VA 23832

CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all
necessary Parties have endorsed the above Order.

/s/Richard S. Clinger
Counsel for Debtor(s)

**Parties to Receive Copies**

Richard S. Clinger, Esquire
422 East Franklin Street, Suite 101
Richmond, VA 23219

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Office of the U.S. Trustee
600 East Main St, Ste 301
Richmond, VA 23219

Donna Faye Sammons
7919 Halyard Terrace
Chesterfield VA 23832