```
                    UNITED STATES BANKRUPTCY COURT
                      Eastern District of Virginia
                          Richmond Division
```

IN RE: Donna Faye Sammons

                                    Chapter 13
                    Debtor(s)    Case Number:   09-31375

## MOTION AND NOTICE OF CONVERSION
## <u>CHAPTER 13 TO 7</u>

   1.  Donna Faye Sammons is currently a debtor in a Chapter 13 case.

   2.  Donna Faye Sammons has not previously converted this case from any chapter and desires to convert this case to Chapter 7.

   Richard S. Clinger has filed a Motion to Convert this Chapter 13 Case to Chapter 7 Case in this bankruptcy case.

   **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one)**

   If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within 14 days,  you or your attorney must:

Richard S. Clinger 19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
Counsel for Debtor(s)

☒  File with the court, at the address below, a written response to the motion and a request for a hearing. **Unless a written response is filed and served, the court may decide that you do not oppose the motion.**

>       Clerk of Court
>       United States Bankruptcy Court
>       Eastern District of Virginia
>       701 E. Broad Street
>       Suite 4000
>       Richmond, VA 23219

You must also mail a copy to:

Richard S. Clinger
422 East Franklin Street, Suite 101
Richmond, VA 23219

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

☐  Attend the hearing on the Motion scheduled to be held on _____ at _____a.m./p.m. at the United States Bankruptcy Court, Judge Huennekens' Courtroom 701 East Broad Street, Courtroom 5000, Richmond, VA 23219.

If you, or your Attorney do not take these steps, the court may decide that you do not oppose the motion.

>       Donna Faye Sammons


>       By:   /s/ Richard S. Clinger
>             Counsel

**CERTIFICATION OF SERVICE**

As an attorney for the Debtor(s) herein, I certify that a copy of the foregoing Notice of Conversion Chapter 13 to 7 was mailed, via first class mail, postage pre-paid, to all creditors listed on the attached Service List and that the filing of the Notice of Conversion Chapter 13 to 7 through the ECF System caused a copy of the Notice of Conversion Chapter 13 to 7 to be generated and sent via electronic mail to Carl M. Bates, Trustee, Chapter 13 Trustee on the date filed with the Court.

    /s/ Richard S. Clinger    November 4, 2010
        Richard S. Clinger

```
                    UNITED STATES BANKRUPTCY COURT
                       Eastern District of Virginia
                           Richmond Division


IN RE: Donna Faye Sammons

              Debtors       Case Number:  09-31375
```

**Certificate of Accuracy**
 **On Lists, Schedules and Statements**

I, Donna Faye Sammons , hereby certify under penalty of perjury that the lists, schedules and statements already filed in this case accurately reflect my financial affairs as of the date this case was converted and that no unpaid debts have been incurred since the commencement of this case.

```
Date:  October 20, 2010            /s/Donna Faye Sammons
                                   Donna Faye Sammons

Richard S. Clinger 19632
422 East Franklin Street, Suite 101
Richmond, VA 23219
(804) 788-1655
Counsel for Debtor(s)
```

CERTIFICATE

See Proof of Service on Motion and Notice of Conversion  Chapter 13 to 7

Case 09-31375-DOT    Doc 45    Filed 11/04/10    Entered 11/04/10 11:21:40    Desc Main
Document      Page 5 of 6

Richard S. Clinger
Richard S. Clinger VSB #19632
422 East Franklin Street, Suite 101
Richmond, VA 23219

Donna Faye Sammons
7919 Halyard Terrace
Chesterfield, VA 23832

Internal Revenue Service
Insolvency Units
P.O. Box 21126
Philadelphia, PA 19114

Office of the U. S. Trustee
701 East Broad Street, Room 4305
Richmond, VA 23219-1885

Applied Card Bank
P.O. Box 17121
Wilmington, DE 19850

Aspire
c/o CB&T
P.O. Box 105555
Atlanta, GA 30348

Capitol One Bank
P.O. Box 30281
Salt Lake City, UT 84130

Chase
c/o Wawa 800 Brooksedge Blvd
Columbus, OH 43081

Citgo
c/o Citibank P.O. Box 6497
Sioux Falls, SD 57117

Citi Mortage
P.O. Box 9438
Gaithersburg, MD 20898

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193

Direct Merchants Bank
P.O. Box 29468
Phoenix, AZ 85038

DSRM National Bank
c/o valero P.O. Box 631
Amarillo, TX 79105

First premier
900 Delaware Suite 7
Sioux Falls, SD 57104

GEMB
c/o Wal-mart P.O. Box 981416
El Paso, TX 79998

Goodyear Tire
P.O. Box 9714
Gray, TN 37615

Household Bank
12447 SW 69th Ave
Tigard, OR 97223

Household Bank
12447 SW 69th Ave.
Tigard, OR 97223

Household Credit Services
P.O. Box 98706
Las Vegas, NV 89193

JC Whitney
P.O. Box 105658
Atlanta, GA 30348

Litton Loan Serving
4828 Loop Central Dr.
Houston, TX 77081

MCCB6
c/o Old Navy Branch C11A P.O.
Box 29116
Shawnee Mission, KS 66201

Merrick Bank
10705 S. Jordan Gateway
Suite 20
South Jordan, UT 84095

Merrick Bank
c/o Hooters 107055 Jordan Gtwy
Suite 20
South Jordan, UT 84095

Sterling Inc.
375 Ghent Rd.
Fairlawn, OH 44333

Sunoco
c/o Citibank P.O. Box 6497
Sioux Falls, SD 57117

Target Credit Card Services
P.O. Box 673
Minneapolis, MN 55440

Tribute
c/o FBOFD P.O. Box 105555
Atlanta, GA 30348