**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

For:   ☐   **Debtor**

☐   **Attorney**

☒   **Creditor**

*If joint case, please check the appropriate box as set out below:*

New address is for:   ____   Husband **and** Wife
____   Husband **Only**
**X**   Wife **Only**

[*If applicable*] Case Name:   Donna Faye Sammons

[*If applicable*] Case Number:   09-31375
[*If applicable*] Creditor Name:   Litton Loan Serving
Attention: Customer Service Department
New Address:   4828 Loop Central Drive
No. and Street, Apt., P.O. Box or R.D. No.

City:   Houston      State:   Tx      ZIP:   77081

Old Address:   4828 Loop Central Drive

No. and Street, Apt., P.O. Box or R.D. No.

City: Houston      State: TX    ZIP: 77081

Telephone Number: (_____) _____
*Please include area code*


**/s/ Richard S. Clinger 19632**

☒   **Attorney for Debtor**

☐   **Debtor**

[*If joint case and address if husband and wife, both debtors must sign.*]

☐   **Creditor**
☐   **Attorney**

Date:   November 18, 2010

cc:   Trustee
United States Trustee
Creditor (for creditor's change of address)