**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

**CHANGE OF ADDRESS**

For:  ☒  Debtor

☐  Attorney

☐  Creditor

*If joint case, please check the appropriate box as set out below:*

New address is for:  ___  Husband and Wife
___  Husband Only
_X_  Wife Only

[*If applicable*] Case Name:  Donna Faye Sammons
[*If applicable*] Case Number:  09-31375
[*If applicable*] Creditor Name:  _____

New Address:  5202 A Huntmasters Drive
No. and Street, Apt., P.O. Box or R.D. No.

City:  Midlothian    State:  VA    ZIP:  23112

Old Address:  7919 Halyard Terrace
No. and Street, Apt., P.O. Box or R.D. No.

City: Chesterfield    State:  VA    ZIP:  23832

Telephone Number: (_____) _____
*Please include area code*

/s/ Richard S. Clinger 19632
☒  Attorney for Debtor
☐  Debtor

**[*If joint case and address if husband and wife, both debtors must sign.*]**

☐  Creditor
☐  Attorney

Date:  March 10, 2011

cc:  Trustee
United States Trustee
Creditor (for creditor's change of address)