# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Richard S. Clinger  
422 East Franklin Street, Suite 101  
Richmond, VA 23219

**In re:** Donna Faye Sammons

**Case Number** 09–31375–DOT  
**Chapter** 7

## YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:

*68* – Debtor(s) Change of Address filed by Richard S. Clinger on behalf of Donna Faye Sammons. (Clinger, Richard)

## REQUIREMENTS OF FORM/PROCESS:

___  Not in compliance with LBR 5005–1(C)(3). Papers, including attachments and exhibits, shall be of standard weight and letter size (8 1/2 by 11 inches), photo–reduced if necessary, with top margin not less than 1 1/2 inches and, except for exhibits, pre–punched with two holes at the top; multi–page pleadings to be fastened into sets at the top; and all paper presented for filing at the same time arranged in case number order.

___  Caption. If joint case, both debtors' names must be listed in caption.

___  Attorney filing pleading is not the attorney of record in the case for this party. Please take appropriate action to correct. [LBR 2090–1]

___  Proof of Service not in compliance with LBR 5005–1(C)(8). The full names and addresses should be listed for each person or entity served, including when service is made upon the list of the twenty largest unsecured creditors and insured depository institutions as required under FRBP 7004(h). A copy of the proof of service attached to the original document filed with the Clerk shall be attached to the document served.

___  Diskette did not contain the document indicated on the label **or** did not pertain to the case indicated. Please review this filing for possible error and file a diskette containing any appropriate amendment/correction.

___  Diskette not properly labeled. Diskettes must be labeled with the case name, case number, adversary proceeding number (*if applicable*), description of document, and name and telephone number of attorney.

___  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

___  Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement. [LBR 2090–1(F)]

___  All pleadings and proposed orders shall include on the first page thereof the name, state bar number, complete mailing address and telephone number of the attorney (or pro se party) filing same and the name of the party whom the attorney represents. [LBR 5005–(C)(5) and LBR 9022–1]

___  All pleadings, motions and other papers required to be served upon a party shall be accompanied by a proof of service signed by counsel (or pro se party) certifying that copies were served and detailing date and manner of service. If less than all parties were served, proof of service shall name parties served. [LBR 2002–1(F)]

__X__  Document filed in a Closed Case, No action taken.

*A copy of the above–referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   March 10, 2011                             CLERK, UNITED STATES BANKRUPTCY COURT

[igformvOct2010.jsp]                               By /s/ Diane Jones, Deputy Clerk  
                                                   Direct Dial Telephone No. 866–925–7724